COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *Sandra Dewalt Denson, Robert Denson, and Shelia Dewalt Denson v. JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Rasheal Farris, Mary Green, and Al Ramirez*

Appellate case number:   01-19-00107-CV

Trial court case number: 2017-11346

Trial court:             157th District Court of Harris County

Date motion filed:       December 17, 2020

Party filing motion:     Appellants

 

The en banc court has unanimously voted to deny appellants' motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature:       /s/ Veronica Rivas-Molloy_____
                         Acting for the Court

\* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:    February 11, 2021_____